DAVID L. HENKIN    #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| HUI HO'OMALU I KA 'ĀINA; CONSERVATION COUNCIL FOR HAWAI'I; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI'I DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Civil No. 17-00423<br><br>PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

PLAINTIFFS' FEDERAL RULE OF
CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Plaintiffs Hui Hoʻomalu i Ka ʻĀina, Conservation Council for Hawaiʻi and the Center for Biological Diversity have no parent corporations and do not issue stock.

DATED:   Honolulu, Hawaiʻi, August 23, 2017.

/s/ David L. Henkin
DAVID L. HENKIN
EARTHJUSTICE

Attorneys for Plaintiffs