AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ford Fuchigami, Director, State of HI, Dept of Transportation
was received by me on *(date)* 8/23/17 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leslie Ah Sam , who is designated by law to accept service of process on behalf of *(name of organization)* State of Hawai`i, Department of Transportation on *(date)* 8/23/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/23/2017

*Server's signature*

Julie Parks, Legal Assistant
*Printed name and title*

Earthjustice
850 Richards Street, Suite 400
Honolulu, HI 96813
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Douglas S. Chin, Attorney General, State of Hawai`i
was received by me on *(date)* 8/23/17 .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ served the summons on *(name of individual)* Skylar Cruz , who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General, State of Hawai`i on *(date)* 8/24/2017 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/24/2017

*Server's signature*

Julie Parks, Litigation Assistant
*Printed name and title*

Earthjustice
850 Richards Street, Suite 400
Honolulu, Hawaii  96813
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Honorable David Y. Ige, Governor, State of Hawai`i
was received by me on *(date)* 8/23/17 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joyce S. Kami , who is
designated by law to accept service of process on behalf of *(name of organization)* Governor, State of
Hawai`i on *(date)* 8/23/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/23/2017

*Server's signature*

Julie Parks, Litigation Assistant
*Printed name and title*

Earthjustice
850 Richards Street, Suite 400
Honolulu, Hawaii  96813
*Server's address*

Additional information regarding attempted service, etc: