IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HUI HOʻOMALU KAʻAINA, ET AL., ) | CIVIL NO. 17-00423 ACK-RLP |
| ) | |
|         Plaintiffs, ) | ORDER GRANTING THE APPLICATION |
| ) | OF ELLA FOLEY GANNON TO APPEAR |
|   vs. ) | PRO HAC VICE |
| ) | |
| HAWAII DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
|         Defendant. ) | |
| _____ ) | |

ORDER GRANTING THE APPLICATION OF
ELLA FOLEY GANNON TO APPEAR PRO HAC VICE

      The Court having reviewed the Application of Ella Foley Gannon to Appear Pro Hac Vice and the Declaration of Counsel in support thereof, and good cause appearing therefore, IT IS ORDERED that said Application is GRANTED.  Ella Foley Gannon is permitted to appear pro hac vice for Defendant and participate in this action subject to the conditions of Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, SEPTEMBER 11, 2017.



_____
Richard L. Puglisi
United States Magistrate Judge