Douglas S. Chin, Bar No. 6465
Attorney General of Hawaiʻi

William Wynhoff, Bar No. 2558
bill.j.wynhoff@hawaii.gov
John H. Price, Bar No. 2576
john.h.price@hawaii.gov
Laura Kim-Nugent, Bar No. 6224
laura.y.kim-nugent@hawaii.gov
Deputy Attorneys General
Department of the Attorney General, State of Hawaiʻi
465 S. King Street, Suite 300
Honolulu, HI  96813
Tel:   (808) 587-2992
Fax:  (808) 587-2999

MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 2600
charlene.shimada@morganlewis.com
Ella Foley Gannon, Admitted Pro Hac Vice
ella.gannon@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   (415) 442-1000
Fax:  (415) 442-1001

Attorneys for Defendants
HAWAIʻI DEPARTMENT OF TRANSPORTATION;
and FORD FUCHIGAMI, DIRECTOR OF HAWAIʻI
DEPARTMENT OF TRANSPORTATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HUI HOʻOMALU I KA ʻĀINA, CONSERVATION COUNCIL FOR HAWAIʻI; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAIʻI DEPARTMENT OF TRANSPORTATION; FORD FUCHIGAMI, DIRECTOR OF HAWAIʻI DEPARTMENT OF TRANSPORTATION<br><br>Defendants. | Civil No. 17-00423-ACK-RLP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Action Filed:  August 23, 2017<br>Judge:           Hon. Alan C. Kay |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that as soon as counsel may be heard in the courtroom of Judge Alan C. Kay, located at 300 Ala Moana Blvd C-338, Honolulu, Hawaii 96850, Defendants Hawai'i Department of Transportation (HDOT) and Ford Fuchigami, Director of HDOT (together "Defendants") will and do move the Court for an order dismissing the Amended Complaint for Declaratory Relief and Injunctive Relief ("Amended Complaint") filed by Plaintiffs Hui Ho'omalu i Ka 'Āina, Conservation Council for Hawai'i, and Center for Biological Diversity ("Plaintiffs") on the basis that Plaintiffs have failed to establish subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

Defendants base this motion on this notice of motion, the supporting memorandum of points and authorities, supporting declaration, and such other evidence and arguments as Defendants may present on reply and at oral argument.

Dated: September 22, 2017                MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/ Ella Foley Gannon_____
         Ella Foley Gannon

Attorneys for Defendants
HAWAI'I DEPARTMENT OF
TRANSPORTATION; FORD
FUCHIGAMI, DIRECTOR OF
HAWAI'I DEPARTMENT OF
TRANSPORTATION

*Re: Hui Ho`omalu i Ka `Āina v. Department of Transportation, State of Hawaii*
*Case Number: 1:17-cv-00423-ACK-RLP*

## PROOF OF SERVICE BY CM/ECF ELECTRONIC FILING

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1596.

On September 22, 2017, I served a copy of the within documents:

> DEFENDANTS' NOTICE OF MOTION AND
> MOTION TO DISMISS PLAINTIFFS' AMENDED
> COMPLAINT

I caused the above documents to be transmitted to the office(s) of the addressee(s) listed below by electronic mail at the e-mail address(es) set forth below pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

| | |
|---|---|
| Attorneys for Plaintiff<br>**Hui Ho`omalu i Ka `Aina**<br><br>**David L. Henkin**<br>Earthjustice Legal Defense Fund<br>850 Richards Street, Suite 400<br>Honolulu, HI 96813<br>(808) 599-2436<br>Email: dhenkin@earthjustice.org | Attorneys for Plaintiff<br>**Conservation Council for Hawaii**<br><br>**David L. Henkin**<br>Earthjustice Legal Defense Fund<br>850 Richards Street, Suite 400<br>Honolulu, HI 96813<br>(808) 599-2436<br>Email: dhenkin@earthjustice.org |

Attorneys for Plaintiff
**Center for Biological Diversity**

**David L. Henkin**
Earthjustice Legal Defense Fund
850 Richards Street, Suite 400
Honolulu, HI 96813
(808) 599-2436
Email: dhenkin@earthjustice.org

  Executed on September 22, 2017, at San Francisco, California.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


              */s/ Marilyn K. Hom*