DAVID L. HENKIN     #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org

Attorney for Plaintiffs[*]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| HUI HO'OMALU I KA 'ĀINA; CONSERVATION COUNCIL FOR HAWAI'I; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI'I DEPARTMENT OF TRANSPORTATION; and FORD FUCHIGAMI, Director of Hawai'i Department of Transportation,<br><br>Defendants. | Civil No. 17-00423 ACK RLP<br><br>ORDER AND JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS |

ORDER AND JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

STIPULATED by and between plaintiffs Hui Ho'omalu I Ka 'Āina, Conservation

---

[*] Pursuant to Local Rule 10.2(b), the complete list of parties represented is set forth on the signature page.

Council for Hawai'i and Center for Biological Diversity (collectively, "Plaintiffs") and defendants Hawai'i Department of Transportation and Hawai'i Department of Transportation Director Ford Fuchigami (collectively, "Defendants"), by and through their respective counsel and without any admission of law or fact, that:

1. Defendants withdraw their pending Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 19);

2. All of Plaintiffs' claims against Defendant Hawai'i Department of Transportation in the above-captioned matter are dismissed with prejudice;

3. All of Plaintiffs' claims against Defendant Hawai'i Department of Transportation Director Ford Fuchigami in the above-captioned matter are dismissed without prejudice; and

4. Each side shall bear its own costs and fees.

Executed this 26th day of September, 2017.

> EARTHJUSTICE
> 850 Richards Street, Suite 400
> Honolulu, Hawai'i 96813
> Telephone No.: (808) 599-2436
> Fax No.: (808) 521-6841
> Email: dhenkin@earthjustice.org
>
> By: /s/ David L. Henkin
> DAVID L. HENKIN
> Attorneys for Plaintiffs

DEPARTMENT OF THE ATTORNEY
GENERAL, STATE OF HAWAIʻI
WILLIAM J. WYNHOFF
LAURA Y. KIM-NUGENT
JOHN H. PRICE
Deputy Attorneys General
465 S. King Street, Suite 300
Honolulu, HI 96813
Telephone No.: (808) 587-2992
Fax No.: (808) 587-2999
Email: John.H.Price@hawaii.gov

MORGAN, LEWIS & BOCKIUS LLP
ELLA FOLEY GANNON, Admitted *Pro Hac Vice*
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone No.: (415) 442-1000
Fax No.: (415) 442-1001
Email: ella.gannon@morganlewis.com

By: /s/ John H. Price
JOHN H. PRICE
Attorneys for Defendants

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, September 27, 2017



_____
Alan C. Kay
Sr. United States District Judge

_____
Hui Hoʻomalu I Ka ʻĀina, et al., v. Hawaiʻi Department of Transportation, et al., Civil No. 17-00423 ACK RLP (D. Haw); ORDER AND JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS